**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**TERRENCE KNIGHT BENOIT (#489486)**                    **CIVIL ACTION**

**VERSUS**

**LOUISIANA STATE PENITENTIARY, ET AL.**                **NO. 09-0715-JJB-CN**

**O R D E R**

This matter comes before the Court on the defendants' Motion to Recover Awarded Costs, rec.doc.no. 38. This motion is not opposed.

Judgment was entered for the defendants in this proceeding on January 11, 2011, rec.doc.no. 34. Upon application of the defendants, costs have been assessed against the plaintiff in the amount of $ 29.80. See rec.doc.nos. 35 and 37. The defendants now seek recovery of these costs from the plaintiff's inmate account in the manner prescribed by 28 U.S.C. § 1915(f)(2)(B). Upon a finding by the Court that the defendants are entitled to the relief requested,

**IT IS ORDERED** that the defendants' Motion to Recover Awarded Costs, rec.doc.no. 38, be and it is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff **TERRENCE KNIGHT BENOIT (#489486)** shall pay assessed costs in the amount of $ 29.80 in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to the plaintiff's account until the plaintiff has paid the total filing fee of $ 29.80. The agency having custody of the plaintiff shall collect this amount from the plaintiff's trust fund account or institutional equivalent and, each time that the amount collected exceeds $10.00, shall issue a check made payable to the State of Louisiana, Office of Risk Management and shall forward same to

CIB

Ms. Lynda Colomb, Risk Claims Adjuster, State of Louisiana, Office of Risk Management, Post Office Box 91106, Baton Rouge, LA 70821-9106, with the following ORM number noted on the check for proper credit: 08G0919BE7510.  This shall be in addition to any deductions made to pay filing fees that the inmate might owe and shall be deducted from the inmate's account until the total of $ 29.80 is paid.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to the accounting office or other person(s) or entity with responsibility for collecting and remitting to the District Court interim filing payments on behalf of prisoners, as designated by the facility in which the plaintiff is currently or subsequently confined.

Signed in chambers in Baton Rouge, Louisiana, March 10, 2011.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**